UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXAMWORKS, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,<br><br>Defendants. | Case No. 20-cv-00920-KJM-DB<br><br>ORDER |

Pursuant to this court's order, ECF No. 17, plaintiff timely submitted redacted declarations, which were originally lodged under seal in support of plaintiff's motion for temporary restraining order, ECF No. 4. Having considered the redacted materials, the court directs the clerk of court to file the following redacted declarations and exhibits on the docket:

1. Redacted version of the declaration of E. Brian Harris in support of plaintiff's motion for temporary restraining order including exhibits thereto;
2. Redacted version of the declaration of Catherine Y. Lui in support of plaintiff's motion for temporary restraining order including exhibits thereto;

3. Redacted version of the declaration of David A. Holley in support of plaintiff's motion for temporary restraining order including exhibits A, D, E, O, Q, R, Z, and BB thereto; and

4. All other exhibits to David A. Holley's declaration are to remain under seal.

This order resolves ECF No. 5.

IT IS SO ORDERED.

DATED: May 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE