Ford & Harrison LLP
Daniel B. Chammas (SBN 204825)
dchammas@fordharrison.com
David Cheng (SBN 240926)
dcheng@fordharrison.com
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone: 213-237-2400
Facsimile:  213-237-2401

Attorneys for Defendants,
TODD BALDINI, ABYGAIL BIRD,
LAWRENCE STUART GIRARD and
PAMELLA TEJADA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| EXAMWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,,<br><br>    Defendants. | Case No.  2:20-cv-00920-KJM-DM<br>Assigned to Hon. Kimberly J. Mueller<br>Courtroom 3, 15th Floor<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>Action Filed:  May 4, 2020 |

THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Plaintiff ExamWorks, LLC ("Plaintiff") filed a Complaint against Defendants Todd Baldini, Abygail Bird, Lawrence Stuart Girard, and Pamella Tejada (collectively "Defendants") on May 4, 2020;

WHEREAS, Plaintiff obtained an Order for expedited discovery in this action;

WHEREAS, Defendants' counsel accepted service of the Complaint on behalf

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:11524297.1
DRAFT

1

CASE NO. 2:20-CV-00920-KJM-DM
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE
PLEADING TO COMPLAINT

1  of Defendants on May 8, 2020 on the condition that Plaintiff agree to an extension
2  through July 7, 2020 for Defendants to file a responsive pleading;

3  WHEREAS, Defendant's responsive pleading is currently due on
4  May 29, 2020;

5  WHEREAS, the hearing on an order to show cause why a preliminary
6  injunction should not be granted was originally set for May 22, 2020;

7  WHEREAS, the Parties are currently preparing for a preliminary injunction
8  hearing and engaging in expedited discovery, including the inspection Defendants'
9  electronic devices and accounts;

10  WHEREAS, Defendants are individuals and believe that focusing their
11  resources on the foregoing activities and potential resolution of the action should be
12  its focus over the next 45 days; and

13  WHEREAS, this is the first extension with respect to Defendants' Responsive
14  Pleading;

15  IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES,
16  THROUGH THEIR RESPECTIVE ATTORNEYS that Defendants shall have a
17  39-day extension to file their responsive pleadings to Plaintiff's Complaint, so that
18  they are now due on July 7, 2020.

19  Dated:  May 21, 2020                    Orrick, Herrington & Sutcliffe LLP

By: */s/ Robert Shwarts*
Robert S. Shwarts
Catherine Y. Lui
Nathan Shaffer
Johanna L. Jacob
Attorneys for Plaintiff,
EXAMWORKS, LLC

Ford & Harrison LLP
Attorneys At Law
Los Angeles

WSACTIVELLP:11524297.1

2

CASE NO. 2:20-CV-00920-KJM-DM
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

Dated: May 21, 2020

Ford & Harrison LLP

By: */s/ Daniel Chammas*
    Daniel B Chammas
    David Cheng
    Attorneys for Defendants,
    TODD BALDINI, ABYGAIL BIRD,
    LAWRENCE STUART GIRARD
    and PAMELLA TEJADA

---

ORDER

IT IS SO ORDERED that Defendants shall have a 39-day extension of time to file their responsive pleadings to Plaintiff's Complaint, which are now due on July 7, 2020.

Dated: May 21, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Ford & Harrison LLP
Attorneys At Law
Los Angeles

WSACTIVELLP:11524297.1

3

2:20-CV-00920-KJM-DM
PROOF OF SERVICE