ROBERT S. SHWARTS (STATE BAR NO. 196803)
rshwarts@orrick.com
CATHERINE Y. LUI (STATE BAR NO. 239648)
clui@orrick.com
NATHAN SHAFFER (STATE BAR NO. 282015)
nshaffer@orrick.com
JOHANNA L. JACOB (STATE BAR NO. 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Plaintiff
ExamWorks, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXAMWORKS, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. 20-cv-00920-KJM-DB<br><br>**ORDER GRANTING REQUEST TO FILE UNDER SEAL RE: EXAMWORKS' SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION** |

Before the Court is ExamWorks, LLC's Request to File Under Seal. Having considered the Request to File Under Seal, the declarations in support thereof, the pleadings on file, and any other relevant materials, the Request to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for ExamWorks, LLC may file the following materials under seal:

| Page Number in LUS PDF | Document or Portion of Text to be Sealed |
|---|---|
| Exhibit 19 to the Supplemental Declaration of Catherine Y. Lui In Support of Plaintiff ExamWorks, LLC's Motion for PI | Entire Exhibit |
| Exhibit 20 to the Supplemental Declaration of Catherine Y. Lui In Support of Plaintiff ExamWorks, LLC's Motion for PI | Entire Exhibit |
| Exhibit 21 to the Supplemental Declaration of Catherine Y. Lui In Support of Plaintiff ExamWorks, LLC's Motion for PI | Entire Exhibit |
| Supplemental Declaration of Brent Nalley In Support of ExamWorks' Motion for Preliminary Injunction | Entire Exhibit |

**IT IS SO ORDERED**.

DATED: June 9, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE