UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXAMWORKS, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. 20-cv-00920-KJM-DB<br><br>**ORDER GRANTING IN PART REQUEST TO FILE UNDER SEAL RE: EXAMWORKS' OPPOSITION TO EX PARTE APPLICATION** |

Before the Court is ExamWorks, LLC's Request to File Under Seal. Having considered the Request to File Under Seal, the declarations in support thereof, the pleadings on file, and any other relevant materials, the Request to File Under Seal is **GRANTED IN PART**.

**IT IS HEREBY ORDERED** that the following materials should be sealed as follows:

| Page Number in LUS PDF | Document or Portion of Text to be Sealed |
|---|---|
| Exhibit 1 to the Declaration of Nathan Shaffer in Support of Plaintiff ExamWorks, LLC's Opposition to Defendants' *Ex Parte* Application, lodged in native Excel format in file titled "P 32_Decl Shaffer Ex 1_NATIVE.xlsx" | Entire Exhibit. |
| Exhibit 9 to the Declaration of Catherine Y. Lui in Support of Plaintiff ExamWorks, LLC's Opposition to Defendants' *Ex Parte* Application, lodged in native Excel format in file titled "P 145_Decl Lui Ex 9_NATIVE_Insurance Company Communication List.xlsx" | Entire Exhibit. |
| Exhibit 10 to the Declaration of Catherine Y. Lui in Support of Plaintiff ExamWorks, LLC's Opposition to Defendants' *Ex Parte* Application, lodged in native Excel format in file titled "P 148_Decl Lui Ex 10_NATIVE_Clients 2019.xlsx" | Entire Exhibit. |
| Exhibit 11 to the Declaration of Catherine Y. Lui in Support of Plaintiff ExamWorks, LLC's Opposition to Defendants' *Ex Parte* Application, lodged in native Excel format in file titled "P 151_Decl Lui Ex 11_NATIVE_Client List All Lines 032420.xlsx" | Entire Exhibit. |

Except as indicated above, ExamWorks is ordered to file public versions of the documents identified above with redactions applied in accordance with this Order within seven (7) days. The

court directs the clerk of court to file the native excel files submitted to the court under seal on the docket. This order resolves, ECF No. 40.

     **IT IS SO ORDERED**.

DATED:  June 22, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE