ROBERT S. SHWARTS (STATE BAR NO. 196803)
rshwarts@orrick.com
CATHERINE Y. LUI (STATE BAR NO. 239648)
clui@orrick.com
NATHAN SHAFFER (STATE BAR NO. 282015)
nshaffer@orrick.com
JOHANNA L. JACOB (STATE BAR NO. 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Plaintiff
ExamWorks, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EXAMWORKS, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 2:20-CV-00920-KJM-DB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1   PLEASE TAKE NOTICE that Johanna L. Jacob of Orrick, Herrington & Sutcliffe LLP
2   withdraws as counsel for Plaintiff in the above-referenced matter. Plaintiff will continue to be
3   represented by Robert S. Shwarts, Catherine Y. Lui and Nathan Shaffer of Orrick, Herrington &
4   Sutcliffe LLP.

Dated: August 24, 2020                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      By:      */s/Johanna L. Jacob*
                                              JOHANNA L. JACOB
                                              Attorneys for Plaintiff
                                              ExamWorks, LLC