```
 1  ROBERT S. SHWARTS (STATE BAR NO. 196803)
    rshwarts@orrick.com
 2  CATHERINE Y. LUI (STATE BAR NO. 239648)
    clui@orrick.com
 3  NATHAN SHAFFER (STATE BAR NO. 282015)
    nshaffer@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA  94105-2669
 6  Telephone:    +1 415 773 5700
    Facsimile:    +1 415 773 5759
 7
    Attorneys for Plaintiff
 8  ExamWorks, LLC
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EXAMWORKS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:20-CV-00920-KJM-DB<br><br>**PLAINTIFF EXAMWORKS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Kimberly J. Mueller<br>Place: Courtroom 3, 15th floor<br>Date: February 19, 2021<br>Time: 10:00 a.m. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:  PLEASE TAKE NOTICE that the following Motion For Leave to File the Second Amended Complaint will be heard on February 19, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 3, 15th Floor of the Robert T. Matsui Courthouse, 501 I Street, Sacramento, CA 95814, the Honorable Kimberly J. Mueller presiding.

Plaintiff ExamWorks will, and hereby does, move this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2) for an order granting leave for ExamWorks to file the Second Amended Complaint in this action.  ExamWorks' proposed Second Amended Complaint and its exhibits attached hereto as Exhibit A.  At the time of filing, claims against Defendant Baldini are subject to an automatic stay pursuant to 11 U.S.C. § 362.  Accordingly, ExamWorks includes allegations that refer to Baldini in the proposed Second Amended Complaint pleading for two purposes:  1) to pursue injunctive relief with respect to Baldini and 2) to the extent necessary to pursue claims against the other defendants.  ExamWorks is not including new allegations in the proposed Second Amended Complaint to pursue new or additional damages against Defendant Baldini in light of the stay.  ExamWorks reserves all rights in the event the stay is lifted or otherwise rendered inapplicable.

This Motion is based on this Notice of Motion and Motion For Leave to File the Second Amended Complaint; Exhibit A to this Motion; the accompanying Memorandum of Points and Authorities; the Proposed Order; the record in this matter; and such and further papers, evidence, and argument as may be submitted in connection with this Motion.

Dated:  January 14, 2021            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ Robert S. Shwarts*
ROBERT S. SHWARTS
Attorneys for Plaintiff
ExamWorks, LLC