UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EXAMWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No. 2:20-CV-00920-KJM-DB<br><br>**STIPULATION AND ORDER DISMISSING ABYGAIL BIRD**<br><br>Judge:　Hon. Kimberly J. Mueller |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and subject to the court's entry of judgment and permanent injunction and the settlement agreement reached between the parties, Plaintiff ExamWorks, LLC, and Defendant Abygail Bird hereby stipulate to dismissal of this action against Defendant Bird with prejudice, and with each side to bear its own fees and costs.

**SO STIPULATED.**

Dated: April 1, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Robert S. Shwarts*_____
ROBERT S. SHWARTS
Attorneys for Plaintiff
ExamWorks, LLC

FORD HARRISON LLP

By: _____*/s/ Daniel C. Chammas*_____
*(as authorized on 3/31/2021)*
DANIEL C. CHAMMAS
Attorneys for Defendant
Abygail Bird

**IT IS SO ORDERED.**

This order resolves ECF No. 141.

DATED:  April 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE