UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EXAMWORKS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-CV-00920-KJM-DB<br><br>**STIPULATION AND ORDER DISMISSING PAMELLA TEJADA**<br><br>Judge:   Hon. Kimberly J. Mueller |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and subject to the court's entry of judgment and permanent injunction and the settlement agreement reached between the parties, Plaintiff ExamWorks, LLC, and Defendant Pamella Tejada hereby stipulate to dismissal of this action against Defendant Tejada with prejudice, and with each side to bear its own fees and costs.

**SO STIPULATED.**

Dated: April 1, 2021                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                        By: _____/s/ Robert S. Shwarts_____
                                                            ROBERT S. SHWARTS
                                                            Attorneys for Plaintiff
                                                            ExamWorks, LLC

                                                        DOWNEY BRAND LLP

                                                        By: _____/s/ Annie S. Amaral_____
                                                            (as authorized on 4/1/2021)
                                                            ANNIE S. AMARAL
                                                            Attorneys for Defendant
                                                            Pamella Tejada

**IT IS SO ORDERED.**

This order resolves ECF No. 140.

DATED: April 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE