ROBERT S. SHWARTS (STATE BAR NO. 196803)
rshwarts@orrick.com
CATHERINE Y. LUI (STATE BAR NO. 239648)
clui@orrick.com
NATHAN SHAFFER (STATE BAR NO. 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Plaintiff
ExamWorks, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EXAMWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TODD BALDINI, an individual, ABYGAIL BIRD, an individual, LAWRENCE STUART GIRARD, an individual, PAMELLA TEJADA, an individual, ROE CORPORATION, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 2:20-CV-00920-KJM-DB<br><br>**PLAINTIFF EXAMWORKS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THE THIRD AMENDED COMPLAINT**<br><br>Judge:　Hon. Kimberly J. Mueller<br>Place:　Courtroom 3, 15th floor<br>Date:　August 6, 2021<br>Time:　10:00 am PST |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:  PLEASE TAKE NOTICE that this Motion For Leave to File the Third Amended Complaint will be heard on **August 6, 2021** at **10:00 am PST**, or as soon thereafter as counsel may be heard, in Courtroom 3, 15th Floor of the Robert T. Matsui Courthouse, 501 I Street, Sacramento, CA 95814, before the Honorable Kimberly J. Mueller.

This Motion is based on this Notice of Motion and Motion For Leave to File the Third Amended Complaint; Exhibit A to the Motion; the accompanying Memorandum of Points and Authorities; the Request for Judicial Notice and exhibits thereto; the Proposed Order; the record in this matter; and such and further papers, evidence, and argument as may be submitted in connection with this Motion.

Plaintiff ExamWorks, LLC ("ExamWorks") will, and hereby does, move this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2) for an order granting leave for ExamWorks to file a Third Amended Complaint in this action.  ExamWorks' proposed Third Amended Complaint and its exhibits are attached hereto as Exhibit A.  The automatic stay on claims against Defendant Baldini, initiated by the filing of his bankruptcy case on January 5, 2021 pursuant to 11 U.S.C. § 362(a), was terminated by Judge Christopher Klein on May 21, 2021.  *See* Ex. C to the Request for Judicial Notice.  Likewise, the automatic stay on claims against Defendant Girard, initiated by the filing of his bankruptcy case on January 29, 2021 pursuant to 11 U.S.C. § 362(a), was terminated by Judge Fredrick Clement on May 20, 2021.  *See* Ex. F to the Request for Judicial Notice.

Both Judge Klein and Judge Clement recommended that—in the interest of judicial economy and due to this Court's intimate familiarity with the parties, facts, and issues of the case—the nondischargeability of any monetary damages that may ultimately be granted upon final judgment be addressed by this Court instead.  *See* Ex. A to the Request for Judicial Notice at 6-7, 9-10; Ex. D to the Request for Judicial Notice at 4-6, 8-9.  ExamWorks is therefore including the question of nondischargeability in the proposed Third Amended Complaint for the reasons given by Judge Klein and Judge Clement.

1 | Dated:  June 21, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Robert S. Shwarts*
ROBERT S. SHWARTS
Attorneys for Plaintiff
ExamWorks, LLC