ROBERT S. SHWARTS (STATE BAR NO. 196803)
rshwarts@orrick.com
CATHERINE Y. LUI (STATE BAR NO. 239648)
clui@orrick.com
NATHAN SHAFFER (STATE BAR NO. 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Plaintiff
ExamWorks, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EXAMWORKS, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TODD BALDINI, an individual, and LAWRENCE STUART GIRARD, an individual,<br><br>　　　　　Defendants. | Case No. 20-CV-00920-KJM-DB<br><br>**ORDER GRANTING STIPULATED REQUEST TO FILE UNDER SEAL PORTIONS OF STIPULATION AND PERMANENT INJUNCTION AND JUDGMENT** |

Before the Court is the Parties' Stipulated Request to File Under Seal portions of the Stipulation and [Proposed] Permanent Injunction and Judgment. Having considered the Request to File Under Seal, the pleadings on file, and any other relevant materials, the Request to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials shall be sealed as follows:

| Page Number in LUS PDF | Document or Portion of Text to be Sealed |
|---|---|
| Page 7 (Page A-1 on the document) | The individuals identified under Exhibit A. |
| Pages 9-20, (Page B-1 through B-12 on the document) | The individuals and entities identified under Exhibit B. |

Except as indicated above, ExamWorks is ordered to file a public version of the Stipulation and Permanent Injunction and Judgment with redactions applied in accordance with this Order within seven (7) days.

**IT IS SO ORDERED.**

DATED: March 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE